**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-7834**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDRE JOSEPH ASHTON,

Defendant  - Appellant.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, Senior District Judge.  (CA-03-525-7; CR-99-37)

—————————

Submitted: February 19, 2004      Decided:  February 26, 2004

—————————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Andre Joseph Ashton, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Joseph Ashton seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Ashton has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -